# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00289-CR

**Jerris Harris, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-DC-20-900078, THE HONORABLE KAREN SAGE, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Jerris Harris has filed a notice of appeal from his conviction for the offense of aggravated sexual assault. Harris appears to be indigent, as his notice of appeal reflects that he was appointed appellate counsel in the court below. Appellant has filed a motion to allow appointed counsel to withdraw as attorney of record and to allow substitute counsel to serve as attorney of record instead.

The trial court has the responsibility for appointing counsel to represent indigent defendants on appeal as well as the authority to relieve or replace appointed counsel upon a finding of good cause. *See* Tex. Code Crim. Proc. arts. 1.051(d), (k)(2), 26.04(j)(2). Accordingly, when counsel is appointed by the trial court to represent an indigent defendant on appeal, it is the trial court's responsibility to relieve or replace counsel. *See Alvarado v. State*, 562 S.W.3d 450, 450–51 (Tex. App.—Houston [1st Dist.] 2014, no pet.); *Enriquez v. State*,

999 S.W.2d 906, 907 (Tex. App.—Waco 1999, no pet.); *Scales v. State*, No. 03-23-00493-CR, 2024 WL 3841740, at *1 (Tex. App.—Austin Aug. 15, 2024) (order and mem. op.) (not designated for publication).

We therefore dismiss counsel's motion to substitute, abate the appeal, and remand the above cause to the district court. If the district court determines that good cause exists for replacing counsel with substitute counsel, the district court shall remove counsel and promptly appoint substitute counsel for the appeal of this cause. A supplemental clerk's record containing copies of the court's order appointing substitute counsel and the court's order allowing counsel's removal shall be forwarded to this Court no later than June 27, 2025.

Before Justices Triana, Theofanis, and Crump

Abated and Remanded

Filed: May 28, 2025

Do Not Publish